Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Jeffrey T. Ponting, et al., )  Case No. **CV05-8472-JFW(AJWx)**
)
        Plaintiffs, )
) **ORDER REMOVING CASE FROM**
v. ) **ACTIVE CASELOAD**
)
Sony BMG Music )
Entertainment, LLC, et al., )
)
        Defendants. )

    THE COURT having been notified that on January 6, 2006 the United States District Court for the Southern District of New York enjoined further proceedings in this action pending a May 22, 2006 Fairness Hearing on a proposed nationwide comprehensive class action settlement that would resolve the plaintiffs' claims in this action,

    IT IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court. This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: January 23, 2006

                              JOHN F. WALTER
                       UNITED STATES DISTRICT JUDGE